To: Camron Law Firm

Re: Barbara Plowman

To whom it may concern:
  Barbara asked me to write to you giving information about her wages and deductions.
We currently pay Barbara a salary of $425 per week. Of this check, the following amounts are deducted :

  Social Security=$26.35
  Medicare=     $ 6.16
  Fed withholding=$40.00
  Ala withholding=$17.00

Following the deductions, her net weekly pay is $335.49. Please feel free to contact me if you need further information.

  Sincerely,

  Elizabeth Emig
  1312 Crown Pointe Blvd.
  Tuscaloosa, Alabama 35406

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re: Barbara Plowman
   Debtor(s)

## AFFIDAVIT OF DEBTOR

State of Alabama*
County of Tuscaloosa*

    Before me, the undersigned Notary Public, in and for said county and state, personally appeared Barbara Plowman, (Debtor), who is known to me, and who, being first duly sworn, deposes and says as follows:

1. My name is Barbara Plowman. I am the debtor in the above case. I have personal knowledge of the facts and information set out herein.

2. 11 U.S.C. Sec. 512 (a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure require that I furnish all payment advices that I received from all employers within sixty days preceding the filing of this bankruptcy.

3. My employer pays me with personal checks and I do not receive paystubs.

4. Pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure, I have provided all of the payment advices that I am physically able to provide during the sixty day period preceding the filing of this petition.

I make this affidavit on personal knowledge. Further, affiant saith not.

                                    /s/Barbara Plowman
                                    Barbara Plowman, Affiant

    Sworn to and subscribed before Rod C. Shirley, the undersigned Notary Public, on the 21st day of May, 2010.

                                    /s/ Rod C. Shirley
                                    Notary Public

My commission expires: November 7, 2011